# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00038-LRH-VPC-1 |
| Plaintiff, | ORDER |
| v. | |
| ANTONIO CASARES-CUEVAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to July 6, 2021, and the Government will have 14 days from the day the Supplement is filed, to file a response.

DATED this 24th day of June 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE