UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-cr-00038-HDM-VPC |
| Plaintiff, | |
| v. | ORDER |
| ANTONIO CASARES-CUEVAS, | |
| Defendant. | |

To the extent the defendant's motion filed on April 27, 2026 requests a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines (ECF No. 270), the motion is denied for the reasons set forth in the court's order entered December 4, 2024 (ECF No. 268). The defendant's request for appointment of counsel is also denied.

IT IS SO ORDERED.

DATED: This 7th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

1